435 A.2d 1304

Commonwealth v. Campbell, Appellant.

Petition for Allowance of Appeal Denied Nov. 30, 1981.

Argued June 10, 1980. Janet W. Mason, Assistant Public Defender, for appellant; Donald A. Mancini, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment affirmed.

435 A.2d 1304

Commonwealth v. Clark, Appellant.

Submitted September 11, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.